27 A.3d 986

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Jerrod MINER, Respondent.**

Supreme Court of Pennsylvania.

Aug. 16, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of August 2011, the Petition for Allowance of Appeal is **GRANTED.** The decision below is **VACATED** and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Jette*, 611 Pa. 166, 23 A.3d 1032 (2011). In addition, the following applications for relief filed by respondent are denied as **MOOT:** (1) Petition requesting extension of time and to proceed *pro se* in response to Commonwealth's Petition for Allowance of Appeal; (2) Petition requesting remand to the PCRA court to conduct a *Grazier* hearing as to request to

424

proceed *pro se;* and (3) Petition requesting to remove counsel due to conflict of interest.

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.